UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERRY WALKER,

              Plaintiff,

- against -

GREYSTONE PROGRAMS, INC., SYLVIA DOE, LYDIA ROE, NYS JUSTICE CENTER FOR THE PROTECTION OF PEOPLE WITH SPECIAL NEEDS, DENISE MIRANDA, ITS EXECUTIVE DIRECTOR, and LOUIS P. RENZI,

              Defendants.

18 CV 7757 (NSR) (LMS)

**STATE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
THEIR MOTION TO DISMISS THE COMPLAINT**

LETITIA JAMES
Attorney General of the
State of New York
<u>Attorney for the State Defendants</u>
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6133
Jane.Goldberg@ag.ny.gov

JANE R. GOLDBERG
Assistant Attorney General
    <u>of Counsel</u>

(doc. 25)

This motion document [is denied as it is not a motion but a Memorandum of Law in support of Defendants' motion (doc. 24). Clerk of the Court requested to terminate the motion (doc. 25).

Dated: Jan. 9, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

[SDNY stamp: ELECTRONICALLY FILED, DATE FILED: 1/9/20]