**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KERRY WALKER,

                              Plaintiff,

      -against-                                        18 **CIVIL** 7757 (NSR)

## JUDGMENT

NYS JUSTICE CENTER FOR THE
PROTECTION OF PEOPLE WITH SPECIAL
NEEDS, DENISE MIRANDA, ITS EXECUTIVE
DIRECTOR, and LOUIS P. RENZI,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 8, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            October 8, 2020

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                Clerk of Court
                                                  **BY:**
                                                                _____
                                                                Deputy Clerk